# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Sydney Nunes Dasilva,**
         **Plaintiff**

    **V.**

**One World Technologies, et al.,**
         **Defendant**

CIVIL ACTION

NO.  09-11255-NMG

### Order of Dismissal
### June 17, 2010

Gorton, D. J.

    In accordance with the Courts allowance of defendants motion to dismiss (docket no. 14), it is hereby Ordered this case is dismissed with prejudice.

**Approved,**

/s/ Nathaniel M. Gorton
**United States District Judge**

**By the Court,**

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[odism.]